■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAVVIA SAVVIDES, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ.

■ VICTOR GLOVES, INC., Respondent, v. 45 EAST 30TH ST. CORPORATION et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox and Frank, JJ.